**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00066-CV

## IN RE JAMES DONDERO, Relator

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

### ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DISMISS** relator's January 16, 2020 petition for writ of mandamus as moot. We **LIFT** this Court's order of stay issued on February 4, 2020.


/s/     DAVID J. SCHENCK
             JUSTICE